UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KA KAY MA,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL MUKASEY, et al.,<br><br>    Respondents. | No. CV 08-07420-JFW (VBK)<br><br>ORDER TO SHOW CAUSE |

Based upon the Petition filed herein:

**IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file a Return or other responsive pleading within 45 days of the date of this Order to Show Cause, why a Writ of Habeas Corpus should not be issued. Respondent shall also file a <u>certified</u> copy of any Administrative Record at issue.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon Respondent by serving a copy of the Petition and of this Order upon the United States Attorney for the Central District of California, as well as upon Petitioner. Respondent or his counsel serve a copy of the Return or other

responsive pleading upon Petitioner prior to the filing thereof. Petitioner has 20 days from the date of receipt of the Return or other pleading in which to file his opposition or Traverse.

DATED: 11-13-2008

_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

2